**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                            :
**ZACHARY ALAN STARR, individually and**    :   **CIVIL ACTION**
**derivatively on behalf of the VAN KAMPEN**:
**EQUITY AND INCOME FUND, the**             :
**VAN KAMPEN EQUITY TRUST**                 :   Case No. 04-CIV-3386 (RO)
**and the "VAN KAMPEN FUNDS",**             :
                                            :
          **Plaintiff**                     :
                                            :   **NOTICE OF MOTION**
       v.                                   :
                                            :
**VAN KAMPEN INVESTMENTS, INC.,**           :   **ORAL ARGUMENT**
**VAN KAMPEN ASSET MANAGEMENT,**            :   **REQUESTED**
**INC., MORGAN STANLEY DW INC.,**           :
**MORGAN STANLEY INVESTMENT**               :
**ADVISORS, INC., MORGAN**                  :
**INVESTMENTS, LP, VAN KAMPEN**             :
**FUNDS, INC., DAVID C. ARCH, J. MILES**    :
**BRANAGAN, JERRY D. CHOATE,**              :
**ROD DAMMEYER, LINDA HUTTON HEAGY,**:
**R. CRAIG KENNEDY, HOWARD J. KERR,**       :
**HUGO F. SONNENSHEIN, JACK E. NELSON,**    :
**SUZANNE H. WOOLSEY,**                     :
**MITCHELL C. MERIN, RICHARD F.**           :
**POWERS and WAYNE W. WHALEN,**             :
                                            :
          **Defendants**                    :
                                            :
       and                                  :
                                            :
**the VAN KAMPEN EQUITY AND INCOME**        :
**FUND, the VAN KAMPEN EQUITY TRUST**       :
**and the VAN KAMPEN FUNDS,**               :
                                            :
          **Nominal Defendants**            :
_____:

## NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED DERIVATIVE COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 15(a), upon the accompanying Memorandum of Law, [proposed] Second Amended Derivative Complaint, Declaration of Timothy N. Mathews, and [proposed] Order, plaintiff Zachary Alan Starr will move this Court before the Honorable Richard Owen, United States District Court, Southern District of New York, 40 Centre Street, Room 2903, New York, New York at 2:30 p.m. on January 21, 2005, or as soon thereafter as counsel may be heard, for entry of a proposed order granting plaintiff Starr leave to amend the First Amended Derivative Complaint.

Dated: December 23, 2004
New York, New York

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By:   s/ Robert Abrams
Daniel W. Krasner (DK 6381)
Mark C. Rifkin (MR 0904)
Demet Basar (DB 6821)
Robert Abrams (RA 7559)
270 Madison Avenue
New York, NY  10016
(212) 545-4600

CHIMICLES & TIKELLIS, LLP
Nicholas E. Chimicles
Michael D. Gottsch
Denise Davis Schwartzman
Timothy N. Mathews
100 Haverford Centre
Haverford, PA  19085
(610) 642-8500

cc:   All counsel on service list